

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2022

No. 04-22-00234-CR

April **TOLBERT-DAVIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-4920
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The clerk's record in this appeal contains an order signed by the trial court on May 2, 2022, granting trial counsel's motion to withdraw. However, there is no indication in the record that the trial court appointed counsel to represent appellant on appeal. Appellant's brief originally was due on August 25, 2022. This court notified appellant, who is without counsel, of the deficiency on September 7, 2022. TEX. R. APP. P. 38.8(b)(2). We have received no response.

We ABATE this cause to the trial court to conduct a hearing, no later than **October 31, 2022**, at which appellant and State's counsel shall be present to answer the following questions:

(1) Does appellant desire to prosecute her appeal?

(2) Does appellant wish to proceed with her appeal pro se? If yes, then (a) is the waiver of assistance of counsel made voluntarily, knowingly and intelligently; (b) is appellant's decision to proceed pro se in the best interest of appellant and of the State, and in the furtherance of the proper administration of justice; and (c) is appellant fully aware of the dangers and disadvantages of self-representation?

(3) Does appellant wish to proceed with her appeal with the assistance of counsel? If yes, then is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

The trial court may, in its discretion, receive evidence on these questions by sworn affidavit from the appellant.

We further ORDER the trial court to have a court reporter prepare a reporter's record of the hearing. The trial court is ORDERED to file supplemental clerk's and reporter's records in this court, no later than **November 14, 2022**, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court